**Order entered January 5, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00449-CV

### FRANCIE RACHAL, Appellant

### V.

### DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-00452-2020**

### ORDER

Before the Court is appellant's December 30, 2020 motion to extend time to file her brief. Appellant seeks a ninety-day extension.

We note the brief was first due June 29, 2020. We further note three extensions totaling 185 days have previously been granted, and our order granting the last extension cautioned appellant that failure to file the brief by January 11, 2021 could result in dismissal of the appeal.

The appeal cannot move forward without appellant's brief.  Given the delay that has already occurred, we **DENY** the motion.  On the Court's own motion, we **ORDER** the brief be filed **no later than January 22, 2021**.  *We caution appellant that further extension motions will not be entertained and failure to file the brief will result in dismissal of the appeal without further notice. See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/     ERIN A. NOWELL
JUSTICE